UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

CABLEVISION SYSTEMS NEW YORK CITY
CORP.,                                                                ORDER

                Plaintiff,                                  04-CV-5519 (NGG) (JMA)

   -against-

PETER K. THOMAS,

                Defendant.
----------------------------------------------------------------X

GARAUFIS, District Judge.

      On June 20, 2006, after I granted plaintiff's motion for default judgment and referred the matter to Magistrate Judge Joan M. Azrack to conduct an inquest on the amount of damages to be awarded, Judge Azrack issued a Report and Recommendation ("R&R") in the above-captioned action recommending that plaintiff be awarded $5,534.00 in statutory damages, plus attorneys' fees and costs in the amount of $1,293.66, and recommending that plaintiff's request for a permanent injunction be denied. No objections to the R&R have been timely filed. This court has reviewed the R&R and is satisfied that there is no clear error on the face of the record. The Clerk of the Court is directed to enter judgment as set forth by Magistrate Judge Azrack and as detailed above.


SO ORDERED.

Dated: July 18, 2006                               /s/ Nicholas G. Garaufis
       Brooklyn, N.Y.                            Nicholas G. Garaufis
                                                        United States District Judge